**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   SHANNON S SOUTH                §              Case No.: 09-35124
         ROCHELLE D SOUTH               §
                                        §
         Debtor(s)                      §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2009.

2) This case was confirmed on  N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/06/2010.

6) Number of months from filing to the last payment:  0

7) Number of months case was pending:  7

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,456.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $_____.00 |
| Less amount refunded to debtor | $_____.00 |
| **NET RECEIPTS** | $_____.00 |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $_____.00 |
| Court Costs | $_____.00 |
| Trustee Expenses and Compensation | $_____.00 |
| Other | $_____.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $_____.00 |
| Attorney fees paid and disclosed by debtor | $_____.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL AUTO C | UNSECURED | NA | 25,122.05 | 25,122.05 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 10,925.00 | 14,058.32 | 14,058.00 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 3,133.00 | .00 | .32 | .00 | .00 |
| ABC FINANCIAL SERVIC | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | 812.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 651.00 | .00 | .00 | .00 | .00 |
| ADVANCE CASE LOANS | UNSECURED | 8,898.00 | 8,898.63 | 8,898.63 | .00 | .00 |
| ADVANCE CASH LOANS L | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | 311.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 684.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 89.00 | 89.99 | 89.99 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 585.00 | 405.00 | 405.00 | .00 | .00 |
| BLINE/JUNIPER BANK | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| BROTHER LOAN | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| CBNA LLC | UNSECURED | 684.00 | NA | NA | .00 | .00 |
| CCS | UNSECURED | 11,994.00 | NA | NA | .00 | .00 |
| READY MONEY CALUMET | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| CHARLES S SIMON LTD | UNSECURED | 1,488.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 13,137.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 6,619.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIZENS BANK | UNSECURED | 1,014.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 4,070.00 | 2,722.00 | 2,722.00 | .00 | .00 |
| AT&T | UNSECURED | 43.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 653.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 584.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 434.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 798.00 | NA | NA | .00 | .00 |
| BUD S AMBULANCE SERV | UNSECURED | 781.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| EMPRESS CASINO JOLIE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 456.00 | 456.27 | 456.27 | .00 | .00 |
| HERTG ACCPT | UNSECURED | 2,987.00 | NA | NA | .00 | .00 |
| HOME CHOICE | UNSECURED | 1,797.00 | NA | NA | .00 | .00 |
| HOSPITALITY FCU | UNSECURED | 1,329.00 | 2,399.74 | 2,399.74 | .00 | .00 |
| IQ TELECOM | UNSECURED | 245.00 | NA | NA | .00 | .00 |
| ETI FINANCIAL CORP | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 296.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPARTMENT | UNSECURED | 9,000.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 860.00 | 864.30 | 864.30 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 400.00 | 400.00 | 400.00 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 633.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 388.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,682.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 733.00 | 732.86 | 732.86 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 250.00 | 601.90 | 601.90 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 745.00 | 745.00 | 745.00 | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| RCA DIAMOND | UNSECURED | 3,919.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 522.00 | 522.08 | 522.08 | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | 507.00 | NA | NA | .00 | .00 |
| SURETY FINANCIAL SER | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 306.00 | 306.84 | 306.84 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 618.00 | 418.70 | 418.70 | .00 | .00 |
| TCF BANK | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 633.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TRIBUTE | UNSECURED | 496.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 278.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 531.00 | NA | NA | .00 | .00 |
| PEDRO FLORES | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,075.57 | 1,075.57 | .00 | .00 |
| PALLINO RECEIVABLES | UNSECURED | NA | 308.41 | 308.41 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 850.00 | 850.00 | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | NA | 314.50 | 314.50 | .00 | .00 |
| ILLINOIS STUDENT ASS | UNSECURED | NA | 19,901.84 | 19,901.84 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,736.71 | 2,736.71 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 585.00 | 585.00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 959.36 | 959.36 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 29.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,058.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,058.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 29.00 | .00 | .00 |
| **TOTAL PRIORITY:** | 29.00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 71,417.07 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    04/08/2010                                  /s/ Tom  Vaughn
                                                                    Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**